# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DONALD WINNETT,**
**ADC #139544**                                                                                        **PLAINTIFF**

V.                              No. 2:11CV00032 SWW-BD

**DANNY BURL,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Winnett's motion for default judgment (docket entry #31) is DENIED, this 2nd day of May, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE