IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DONALD WINNETT,
ADC #139544

                              PLAINTIFF

v.                    2:11CV00032 SWW

DANNY BURL, et al.                          DEFENDANTS

## ORDER

      Before the Court is plaintiff's motion for an extension of time to file his objections to the Magistrate Judge's recommended disposition. The motion [docket entry 101] is granted. Plaintiff has until and including December 9, 2011.

      SO ORDERED this 2nd day of December, 2011.

                                                /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE