# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DONALD WINNETT,**
**ADC #139544**                                                                                     **PLAINTIFF**

V.                           No. 2:11CV00032 SWW-BD

**DANNY BURL,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Winnett's motion for summary judgment (docket entry #102) is DENIED, as moot.

IT IS SO ORDERED, this 15TH day of December, 2011.


                                                             /s/Susan Webber Wright

                                                             UNITED STATES DISTRICT JUDGE