**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DONALD WINNETT,
ADC #139544**                                                **PLAINTIFF**

**V.**                  **No. 2:11CV00032 SWW-BD**

**DANNY BURL,** *et al.*                                           **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Winnett's motion for summary judgment (docket entry #102) is DENIED, as moot.

IT IS SO ORDERED, this 15TH day of December, 2011.

                                                       /s/Susan Webber Wright

                                                       UNITED STATES DISTRICT JUDGE