**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DONALD WINNETT,
ADC #139544**                                                           **PLAINTIFF**

V.                     No. 2:11CV00032 SWW-BD

**DANNY BURL,** *et al.*                                                    **DEFENDANTS**

### ORDER

The Court has reviewed a Partial Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed.

The Recommendation is hereby approved and adopted in all respects. Mr. Winnett's motion to amend his complaint (docket entry #119) is DENIED.

IT IS SO ORDERED, this 6th day of February, 2012.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE