# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DONALD WINNETT,**
**ADC #139544**                                                                                              **PLAINTIFF**

V.                              No. 2:11CV00032 SWW-BD

**DANNY BURL,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Winnett's motion for summary judgment (docket entry #124) is DENIED.

IT IS SO ORDERED, this 2nd day of March, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE